NEEDLES v. SHAFFER ET AL.

1. **Promissory Note:** ALTERATION OF: "ORDER" CHANGED TO "BEARER." The erasing of the word "order," and inserting instead the word "bearer," in a promissory note, after its execution, without the consent of the maker, is such a material alteration as will defeat a recovery on the note. Following *Booth v. Powers*, 56 N. Y., 22, and *Union National Bank v. Roberts*, 45 Wis., 373.

*Appeal from Cass District Court.*

THURSDAY, DECEMBER 7.

ACTION upon a promissory note. The defendant for answer averred that the note was materially altered after its execution. There was a trial without a jury, and judgment was rendered for the defendants. The plaintiff appeals.

*L. L. DeLano*, for appellant.

*A. S. Churchill*, for appellees.

ADAMS, J.—The alleged alteration consisted in erasing the word "order" and inserting the word "bearer." That such an alteration is material was held in *Booth v. Powers*, 56 N. Y., 22; and *Union National Bank v. Roberts*, 45 Wis., 373. We do not, indeed, understand the plaintiff as insisting that such alteration is not material. His contention is that the undisputed evidence shows that the alteration was made before the notes were signed; and, if not, that the alteration was assented to and ratified. But upon a separate reading of the evidence we have all reached the conclusion that the plaintiff's position cannot be sustained.

AFFIRMED.